IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNS ENERGY CORPORATION, an Arizona Corporation
TUCSON ELECTRIC POWER COMPANY,
an Arizona corporation,

     Plaintiffs,

vs.                                                     Civil Action No. 1:22-cv-00087-KG-LF

SHIVER CONSTRUCTION COMPANY,

     Defendant.

## ORDER ENTERING DEFAULT JUDGMENT

THIS MATTER having come before the Court upon the Plaintiff's Motion for Default Judgment against Defendant Shiver Construction Company, the Defendant being in default for having failed to file an Answer or other appropriate response, the Court having considered the pleadings on file herein, and being fully advised in the premises, FINDS:

1. The Court has jurisdiction over the parties and subject matter of this action.

2. The Complaint in the above-described case was filed on February 9, 2022. *See* Compl. (Doc. 1), filed Feb. 09, 2022.

3. Defendant was served personally on February 15, 2022. *See* Return of Service (Doc. 3).

4. No Answer or other appropriate responsive pleading has been filed in this action by Defendant Shiver Construction Company.

5. The Clerk's Entry of default was entered on May 4, 2022. *See* (Doc. 7).

6. The Defendant Shiver Construction Company has no meritorious defense herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that a Default Judgment be entered in favor of the Plaintiffs, and against the Defendant Shiver Construction Company with the amount of damages to be determined by hearing on the issue of damages alone.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

BUTT THORNTON & BAEHR PC

/s/ *Jason J. Patton*
Jason J. Patton
P.O. Box 3170
Albuquerque, NM 87190
Telephone: (505) 884-0777
jjpatton@btblaw.com


Approved by:

No response recieved
Jacob Shiver
Shiver Construction Company
c/o Jacob Shiver
jake@shiversw.com